No. 73–5504. SCOTT, AKA DAVIS v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 73–5505. PFEIFER v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–5506. CORCELLER v. BONANZA INTERNATIONAL, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–5509. SCOTT v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 73–5513. FRIST v. HAYNSWORTH, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 73–5518. EDWARDS v. BLACKLEDGE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 73–5521. HAMPTON v. HOCKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 73–5522. DAVIS v. CROWELL CONSTRUCTION Co., INC. C. A. 4th Cir. Certiorari denied.

No. 73–5523. WEST v. HUNT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 73–5528. LOWRY v. ENOMOTO, CORRECTIONAL SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 73–5533. HARDEN v. LAVALLEE, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–5544. PAPPAS v. JWJ WHOLESALE DISTRIBUTORS, INC. Ct. App. Tenn. Certiorari denied.